85 F.3d 612
 Philadelphia Marine Trade Association-International
Longshoremen's Association Pension Fund, Patrick T. Dolan,
Uwe Schulz, Geald Konen, Robert W. Palaima, James H. Paylor,
Jr., Joseph Hill, Robert Gladden, Jr., John McCann, James
Lacy, Gereth Malone, Thomas Blackwell, Trustees of Phil.
Marine Traade Ass'n Intern Longshoremen's Ass'n Pension Fund
v.
Jack Rose, Phillip S. Seltzer, Nathan R. Seltzer, Northern
Associates, (Excluding Northern Shipping Company)
 NO. 95-1767
 United States Court of Appeals,
Third Circuit.
 Apr 10, 1996
 Appeal From: E.D.Pa., No. 94-CV-5404
 
 1
 AFFIRMED.